# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RICHARD E. RADTKE | § | Case No. 16-80473 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 8,800.00 |
| Total Distributions to Claimants: 2,504.78 | Claims Discharged Without Payment: 114,824.01 |
| Total Expenses of Administration: 4,440.37 | |

3) Total gross receipts of $ 8,245.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,300.00 (see **Exhibit 2**), yielded net receipts of $ 6,945.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,440.37 | 4,440.37 | 4,440.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,851.65 | 35,477.14 | 35,477.14 | 2,504.78 |
| **TOTAL DISBURSEMENTS** | $ 81,851.65 | $ 39,917.51 | $ 39,917.51 | $ 6,945.15 |

4) This case was originally filed under chapter 7 on 02/29/2016 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/21/2017           By:/s/BERNARD J. NATALE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Principal Financial Group Common Stock | 1123-000 | 8,245.15 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,245.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard E. Radtke | Exemptions | 8100-002 | 1,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,300.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,444.52 | 1,444.52 | 1,444.52 |
| BERNARD J. NATALE | 2200-000 | NA | 7.86 | 7.86 | 7.86 |
| Associated Bank | 2600-000 | NA | 61.71 | 61.71 | 61.71 |
| Illinois Department of Revenue | 2820-000 | NA | 29.00 | 29.00 | 29.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,096.25 | 2,096.25 | 2,096.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 25.53 | 25.53 | 25.53 |
| WIPFLI LLP | 3410-580 | NA | 775.50 | 775.50 | 775.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,440.37 | $ 4,440.37 | $ 4,440.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase, Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | 4,999.56 | NA | NA | 0.00 |
| | Citi, P. O. Box 6500 Sioux Falls, SD 57117 | | 15,276.75 | NA | NA | 0.00 |
| | Discover, P. O. Box 30943 Salt Lake City, UT 84130 | | 18,476.73 | NA | NA | 0.00 |
| | First Midwest Bank, 170 N. Route 31 Crystal Lake, IL 60014 | | 42,982.62 | NA | NA | 0.00 |
| | Platinum Edition Visa, First Bankcard PO Box 2557 Omaha, NE 68103-2557 | | 115.99 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Johann Alpenland Resort, Two Trans Am Plaza Drive Suite 300 Oak Brook Terrace, IL 60181 | | 0.00 | NA | NA | 0.00 |
| | U. S. Department of Veterans Affair, VA Medical Center (556) North Chicago, IL 60064-3060 | | 0.00 | NA | NA | 0.00 |
| 2 | Discover Bank | 7100-000 | NA | 19,549.51 | 19,549.51 | 1,380.25 |
| 1 | First National Bank of Omaha | 7100-000 | NA | 190.37 | 190.37 | 13.44 |
| 3 | Pyod LLC as Assignee | 7100-000 | NA | 15,737.26 | 15,737.26 | 1,111.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 81,851.65 | $ 35,477.14 | $ 35,477.14 | $ 2,504.78 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-80473 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD E. RADTKE | | | | Date Filed (f) or Converted (c): | 02/29/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/21/2016 |
| For Period Ending: | 03/21/2017 | | | | Claims Bar Date: | 07/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1994 Chrysler Lebaron Mileage: 89000 | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. 1996 Chrysler Lhs Mileage: 58970 | 500.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Items, Furniture, Etc. | 800.00 | 0.00 | | 0.00 | FA |
| 4. Audio, Video, Computer Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7. First Midwest Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. First Midwest Bank--Only Contains Funds Received From Social | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Principal Financial Group Common Stock | 9,890.16 | 8,245.15 | | 8,245.15 | FA |
| 10. Imrf--Survivor Benefits From Deceased Spouse--Lifetime Month | 0.00 | 0.00 | | 0.00 | FA |
| 11. Time Share At American Resorts International, Oak Brook, Il | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $17,390.16 | $8,245.15 | | $8,245.15 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/2017    Current Projected Date of Final Report (TFR):

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-80473 | Trustee Name: BERNARD J. NATALE |
| Case Name: RICHARD E. RADTKE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8640 |
| | Checking |
| Taxpayer ID No: XX-XXX3842 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 03/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/16 | 9 | Computershare Trust Company, N.A.<br>Post Office Box 0170<br>College Station, TX 77842-3170 | Turnover of stocks and dividends | 1123-000 | $8,245.15 | | $8,245.15 |
| 07/07/16 | 1101 | Richard E. Radtke<br>1620 Grandview Drive<br>Johnsburg IL 60051 | Payment of Exemption | 8100-002 | | $1,300.00 | $6,945.15 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,935.15 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.18 | $6,923.97 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $6,913.68 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,903.68 |
| 10/07/16 | 1102 | Illinois Department of Revenue<br>P O Box 19053<br>Springfield, IL 62794-9053 | 2016 IL-1041 Tax  FEIN  36-7683842<br>for Bankruptcy Estate of Richard Radkte | 2820-000 | | $29.00 | $6,874.68 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.24 | $6,864.44 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,854.44 |
| 12/13/16 | 1103 | WIPFLI LLP<br>P O BOX 3160<br>MILWAUKEE, WI 53201-3160 | Payment of Invoice #1052714<br>Account No: 425338 | 3410-580 | | $775.50 | $6,078.94 |
| 02/16/17 | 1104 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $1,452.38 | $4,626.56 |

| | | Page Subtotals: | | | $8,245.15 | $3,618.59 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-80473 | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|
| Case Name: | RICHARD E. RADTKE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8640 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3842 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 03/21/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.   ($1,444.52) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses   ($7.86) | 2200-000 | | | |
| 02/16/17 | 1105 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,121.78 | $2,504.78 |
| | | BERNARD J. NATALE LTD | Attorney Fees   ($2,096.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Expenses   ($25.53) | 3120-000 | | | |
| 02/16/17 | 1106 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE  68197 | Final distribution to claim 1 representing a payment of 7.06 % per court order. | 7100-000 | | $13.44 | $2,491.34 |
| 02/16/17 | 1107 | Discover Bank<br>Discover Products Inc<br>P.O. Box 3025<br>New Albany Ohio 43054-3025 | Final distribution to claim 2 representing a payment of 7.06 % per court order. | 7100-000 | | $1,380.25 | $1,111.09 |
| 02/16/17 | 1108 | Pyod LLC as Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 7.06 % per court order. | 7100-000 | | $1,111.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,245.15 | $8,245.15 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,245.15 | $8,245.15 |
| Less: Payments to Debtors | $0.00 | $1,300.00 |
| Net | $8,245.15 | $6,945.15 |

Page Subtotals: $0.00   $4,626.56

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8640 - Checking | $8,245.15 | $6,945.15 | $0.00 |
|  | $8,245.15 | $6,945.15 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,245.15 |
| Total Gross Receipts: | $8,245.15 |

Page Subtotals:  $0.00   $0.00